UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA  DIVISION

UNITED STATES OF AMERICA

v.                                                   CASE NO. 8:04-cr-91-T-24MAP

JOSE RAYMUNDO SALDANA-FERNANDEZ

_____/

## ORDER

This cause comes before the Court on violation of supervised release.  Defendant

Saldana-Fernandez was sentenced on July 22, 2004, for the offense of illegal re-entry of

aggravated felon.  He received a sentence of 24 months imprisonment in the Bureau of Prisons,

followed by 36 months of supervised release.  In addition, the Court ordered the Defendant not

to re-enter the United States without the express written permission of the United States

Department of Homeland Security.

On September 19, 2006, the probation officer filed a petition with the Court stating that

Defendant Saldana-Fernandez had violated his supervised release by a new conviction for the

conduct of illegal re-entry of aggravated felon in violation of Title 8 U.S.C. § 1326(a) & (b)(2).

On October 3, 2006, the Court held a final revocation hearing.  At the hearing, Defendant

Saldana-Fernandez admitted to a violation of the condition of supervision as set forth in the

judgment that prohibits the Defendant from committing another federal, state or local crime

while under supervision.  Accordingly, the Court finds that Defendant Saldana-Fernandez

violated this condition and his supervised release.

Having considered the violation, it is **ORDERED AND ADJUDGED** that Defendant

Saldana-Fernandez's supervised release is **REVOKED**.  Defendant Saldana-Fernandez is

sentenced to a term of one (1) year and one (1) day in the Federal Bureau of Prisons.  In imposing the sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and the advisory guidelines.

      **DONE AND ORDERED** at Tampa, Florida this 3rd day of October, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Donald L. Hansen, AUSA
Dionja L. Dyer, Esq.
U.S. Marshals Service
U.S. Probation Office